**Charles ACKLEY, et al., Plaintiffs,**

**Ronald Coburn, et al.,
Plaintiffs–Appellees,**

v.

**LOCAL UNION 337, OF the INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN, AND HELPERS OF AMERICA, a Voluntary Unincorporated Association, Defendant–Appellant,**

**H.R. Hillard, Defendant.**

No. 89–1135.

United States Court of Appeals, Sixth Circuit.

Oct. 22, 1990.

Before NELSON and BOGGS, Circuit Judges, and BATTISTI *, District Judge.

## ORDER

Upon consideration of the petition for rehearing with suggestion for rehearing en banc filed by the defendant-appellant, and

* Hon Frank J. Battisti sitting by designation from

noting the recent grant of certiorari by the Supreme Court of the United States in *O'Neill v. Air Line Pilots Association*, 886 F.2d 1438 (5th Cir.1989), the hearing panel hereby grants rehearing and retains jurisdiction over the case pending the final decision of the Supreme Court in *O'Neill, supra.*

It is so ORDERED.